## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

|  |  |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, *et al.,*<br><br>*Plaintiffs,*<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.,*<br><br>*Defendants.* | No. 2:24-cv-691 |

## MOTION TO APPEAR PRO HAC VICE OF JONATHAN BERRY ON BEHALF OF PLAINTIFFS

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of Plaintiffs in the above captioned action.

I am ineligible to become a member of this court, but I am a member in good standing of the bar of the District of Columbia Court of Appeals, which is the highest court of the District of Columbia.

The states or territories in which I have ever been licensed to practice law, including the dates of admission to practice and any attorney registration number, are the following:

1

**State Bar Admissions**

| State Bar | Year Admitted | Current Standing | Bar Number |
|---|---|---|---|
| District of Columbia | 2013 | Active | 1016352 |
| Virginia | 2011 | Inactive | 81864 |

**Federal Bar Admissions**

| Court | Year Admitted | Current Standing | Bar Number |
|---|---|---|---|
| E.D. Virginia | 2013 | Active | n/a |
| N.D. Texas | 2023 | Active | 1016352DC |
| Second Circuit | 2024 | Active | n/a |
| Third Circuit | 2022 | Active | n/a |
| Fourth Circuit | 2020 | Active | n/a |
| Fifth Circuit | 2021 | Active | 3182 |
| Eighth Circuit | 2021 | Active | 21-0439 |
| Ninth Circuit | 2023 | Active | n/a |
| Eleventh Circuit | 2022 | Active | n/a |
| D.C. Circuit | 2014 | Active | 55202 |
| Federal Circuit | 2021 | Active | n/a |
| Court of Federal Claims | 2024 | Active | n/a |
| U.S. Supreme Court | 2021 | Active | n/a |

I am currently a member in good standing in all jurisdictions listed in the tables above. I have never been suspended, disbarred, or resigned as a result of a disciplinary charge, investigation, or proceeding from the practice of law in any jurisdiction. There have been no disciplinary proceedings or criminal charges instituted against me.

Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

In accordance with the local rules for the United States District Court, Western District of Louisiana, Michael J. O'Brien of the firm of the Becket Fund for Religious Liberty is appointed as local counsel.

I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

s/ Jonathan Berry                              s/ Michael J. O'Brien
Signature of Applying Attorney          Signature of Local Counsel

Jonathan Berry                                    Michael J. O'Brien
  (DC Bar No. 1016352)                          (LA Bar No. 38852)
Boyden Gray PLLC                              The Becket Fund for Religious Liberty
801 17th St. NW, Suite 350                   1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006                         Washington, DC 20006
Phone: (202) 955-0620                         Phone: (202) 955-0095
Fax: (202) 955-0621                            Fax: (202) 955-0090
jberry@boydengray.com                       mobrien@becketlaw.org

*Counsel for Plaintiffs*

Dated: May 22, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2024, the foregoing was electronically filed using the CM/ECF system. A copy of the foregoing will also be promptly served upon Defendants pursuant to Fed. R. Civ. P. 5(b) and emailed to counsel for EEOC, who have appeared before this Court to represent EEOC in a similar pending challenge, at the email addresses below:

Daniel Schwei, Esq. (daniel.s.schwei@usdoj.gov)

Laura B. Bakst, Esq. (laura.b.bakst@usdoj.gov)

Alexandra J. Widas, Esq. (alexandra.j.widas@usdoj.gov)

s/ Jonathan Berry
Jonathan Berry
  (DC Bar No. 1016352)

s/ Michael J. O'Brien
Michael J. O'Brien
  (LA Bar No. 38852)
