# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, *et al.*, | No. 2:24-cv-00691 |
| *Plaintiffs,* | Judge James D. Cain, Jr. |
| v. | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*, | Magistrate Judge Thomas P. LeBlanc |
| *Defendants.* | |

**ORDER GRANTING**
**MOTION TO APPEAR PRO HAC VICE OF JONATHAN BERRY**
**ON BEHALF OF PLAINTIFFS**

CONSIDERING the Motion to Appear Pro Hac Vice [Doc. 9];

IT IS ORDERED that Jonathan Berry be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiffs in the above described action.

SO ORDERED on this, the 25th day of May, 2024.

_____
Thomas P. LeBlanc
U.S. Magistrate Judge