UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES CONFERENCE OF CATHOLIC BISHOPS ET AL** | **CASE NO. 2:24-CV-00691** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## MINUTES OF COURT:
## MOTION HEARING

| | | | |
|---|---|---|---|
| Date: | June 12, 2024 | Presiding: | Judge David C. Joseph |
| Court Opened: | 10:06 AM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 12:15 PM | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | 2:09 | Courtroom: | Courtroom 1 |

### APPEARANCES

| | | |
|---|---|---|
| Daniel H. Blomberg<br>Andrea R. Butler<br>James R Conde<br>Laura Wolk Slavis | For | United States Conference of Catholic Bishops, All Plaintiffs |
| Daniel Schwei<br>Alexandra Widas<br>Laura B. Bakst | For | Equal Employment Opportunity Commission, All Defendants |

### PROCEEDINGS

Case called for oral arguments in the consolidated matters of State of Louisiana et al. v. Equal Employment Opportunity Commission (2:24-cv-00629) and United States Conference of Catholic Bishops, et al. v. Equal Employment Opportunity Commission, et al. (2:24-cv-00691).

After considering oral argument, the applicable law, and memoranda submitted, the Court took [11] Motion for Preliminary Injunction by United States Conference of Catholic Bishops, Catholic University of America, Society of the Roman Catholic Church of the Diocese of Lafayette, Society of the Roman Catholic Church of the Diocese of Lake Charles under advisement. The Court invited supplemental briefing on any issues addressed in oral argument by Friday, June 14, 2024.

A written ruling will follow.