IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS; THE SOCIETY OF THE ROMAN CATHOLIC CHURCH OF THE DIOCESE OF LAKE CHARLES; THE SOCIETY OF THE ROMAN CATHOLIC CHURCH OF THE DIOCESE OF LAFAYETTE; THE CATHOLIC UNIVERSITY OF AMERICA,<br><br>*Plaintiffs*,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>*Defendant*. | Case No. 2:24-cv-691-DCJ-TPL<br>Judge David C. Joseph<br>Magistrate Judge Thomas P. LeBlanc |

**ORDER GRANTING MOTION FOR PRO HAC VICE**

Considering the Motion for Attorney Carrie Flaxman to be admitted *pro hac vice,* [doc. 32] IT IS ORDERED that the motion is GRANTED. Carrie Flaxman shall be and is hereby admitted to the bar of this Court *pro hac vice* on behalf of the Small Business Majority, Main Street Alliance, and American Sustainable Business Council in the above-described action.

Date: 6/13/2024

U.S. MAGISTRATE JUDGE
THOMAS P. LEBLANC