UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

UNITED STATES CONFERENCE OF
CATHOLIC BISHOPS, *et al.*,

        *Plaintiffs*,

  v.

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION, *et al.*,

        *Defendants*.

Civil Action No. 2:24-cv-691

## ORDER

Considering the foregoing motion for pro hac vice admission [doc. 36],

IT IS ORDERED that **Gaylynn Ann Burroughs** be and is hereby admitted to the bar of this Court pro hac vice as amicus curae in this action on behalf of **National Women's Law Center.**

THUS DONE AND SIGNED in chambers this 13th day of June, 2024.

_____
THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE