UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

UNITED STATES CONFERENCE OF
CATHOLIC BISHOPS, *et al.*,
      *Plaintiffs*,            Civil Action No. 2:24-cv-691

v.

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION, *et al.*,

      *Defendants*.

## ORDER

Considering the foregoing motion for pro hac vice admission [doc. 38],

IT IS ORDERED that **Lindsey Kaley** be and is hereby admitted to the bar of this Court pro hac vice as amicus curae in this action on behalf of American Civil Liberties Union Foundation.  THUS DONE AND SIGNED in chambers this 13th day of June, 2024.

_____
THOMAS P. LEBLANC
UNITED STATES MAGISTRATE