**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

|  |  |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS; THE SOCIETY OF THE ROMAN CATHOLIC CHURCH OF THE DIOCESE OF LAKE CHARLES; THE SOCIETY OF THE ROMAN CATHOLIC CHURCH OF THE DIOCESE OF LAFAYETTE; THE CATHOLIC UNIVERSITY OF AMERICA,<br><br>*Plaintiffs*,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>*Defendant*. | Case No. 2:24-cv-691-DCJ-TPL<br>Judge David C. Joseph<br>Magistrate Judge Thomas P. LeBlanc |

## ORDER ON MOTION OF SMALL BUSINESS MAJORITY, MAIN STREET ALLIANCE, AND AMERICAN SUSTAINABLE BUSINESS COUNCIL FOR LEAVE TO FILE BRIEF OF AMICI CURIAE

Considering the motion of Small Business Majority, Main Street Alliance, and American Sustainable Business Council (collectively "Proposed *Amici*"), and considering the representation that Plaintiffs do not oppose this motion and Defendant consents to the motion, it is therefore ordered that the motion [doc. 31] is GRANTED.

The proposed *amicus* brief   in opposition to Plaintiffs' Motion for a Preliminary Injunction shall be filed into the record.

THUS DONE AND SIGNED in chambers this 13th day of June, 2024.

_____
THOMAS P. LEBLANC
U.S. MAGISTRATE JUDGE