AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

<u>UNITED STATES CONFERENCE OF CATHOLIC BISHOPS</u>, et al.
Plaintiff

v.

CHARLOTTE BURROWS , et al.
Defendant

)
)
)
)
)
)
)

Civil Action No. 2:24–CV–00691–JDC–TPL
Judge James D Cain, Jr

### SUMMONS IN A CIVIL ACTION

To:
**U.S. ATTORNEY
WESTERN DISTRICT OF LOUISIANA
800 LAFAYETTE ST., STE: 2200
LAFAYETTE, LA 70501–6832**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Michael J O'Brien
Becket Fund for Religious Liberty
1919 Pennsylvania Ave NW Ste 400
Washington, DC 20006**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __5/23/2024__

__/s/ – Daniel J. McCoy__

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA

United States Conference of Catholic Bishops, et al.

Plaintiff(s)

Case No.: 2:24-cv-00691

vs.

Equal Employment Opportunity Commission, et al.

Defendant(s)

### AFFIDAVIT OF SERVICE

I, Steve Regan, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons in a Civil Action and Complaint (Jury Requested) in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 05/29/2024 at 10:30 AM, I served U.S. Attorney for the Western District of Louisiana at 800 LaFayette Street, Suite 2200, Lafayette, Louisiana 70501 with the Summons in a Civil Action and Complaint (Jury Requested) by serving Sarah Luke, Agent for Service of Process, authorized to accept service.

Sarah Luke is described herein as:

Gender: Female   Race/Skin: White   Age: 40-50   Weight: 135-140   Height: 5'7"   Hair: Dark   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

6-3-24
Executed On

Steve Regan

Client Ref Number N/A
Job #: 2004280

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

<u>UNITED STATES CONFERENCE OF CATHOLIC BISHOPS</u>, et al.
Plaintiff

v.

<u>CHARLOTTE BURROWS</u>, et al.
Defendant

) 
) 
) 
) Civil Action No. 2:24–CV–00691–JDC–TPL
) Judge James D Cain, Jr
) 
) 

## SUMMONS IN A CIVIL ACTION

To:
**ATTN: CIVIL PROCESS CLERK**
**U.S. ATTORNEY GENERAL**
**950 PENNSYLVANIA AVENUE, N.W.**
**WASHINGTON, D.C. 20530–0001**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Michael J O'Brien**
**Becket Fund for Religious Liberty**
**1919 Pennsylvania Ave NW Ste 400**
**Washington, DC 20006**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __5/23/2024__

__/s/ – Daniel J. McCoy__

Case 2:24-cv-00691-DCJ-TPL   Document 54   Filed 06/24/24   Page 4 of 11 PageID #: 926
Case 2:24-cv-00691-JDC-TPL   Document 12   Filed 05/23/24   Page 4 of 8 PageID #: 599

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:24−CV−00691−JDC−TPL
## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **ATTN: CIVIL PROCESS CLERK**
**U.S. ATTORNEY GENERAL**
**950 PENNSYLVANIA AVENUE, N.W.**
**WASHINGTON, D.C. 20530−0001**
was received by me on *(date)* May 23, 2024_____.

- I personally served the summons on **ATTN: CIVIL PROCESS CLERK**
  **U.S. ATTORNEY GENERAL**
  **950 PENNSYLVANIA AVENUE, N.W.**
  **WASHINGTON, D.C. 20530−0001**
  at *(place)*_____  _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____, a person of suitable age and discretion
  who resides there, on *(date)* _____, and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____; or

- **Other** *(specify):* Service was effected upon U.S. Attorney General by mailing the Summons and Complaint by Certified Mail. Tracking No. 9589 0710 5270 1513 1181 42 to 950 Pennsylvania Avenue, N.W., Washington, DC 20530. The documents were delivered on May 30, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 6/24/2024                                  *Matthew Krauter*
                                                  *Server's signature*

                                                  Matthew Krauter, Paralegal
                                                  *Printed name and title*

                                                  1919 Pennsylvania Ave. NW, Suite 400
                                                  Washington, DC 20006
                                                  *Server's address*

Additional information regarding attemped service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTN: Civil Process Clerk
U.S. Attorney General
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530-0001

9590 9402 8744 3310 2798 60

2. Article Number (Transfer from service label)

9589 0710 5270 1513 1181 42

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ely Acee_
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
MAY 30 2024

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ed Mail
☐ ed Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

<u>UNITED STATES CONFERENCE OF CATHOLIC BISHOPS</u>, et al.
Plaintiff

v.   Civil Action No. 2:24–CV–00691–JDC–TPL
     Judge James D Cain, Jr

<u>CHARLOTTE BURROWS</u>, et al.
Defendant

### SUMMONS IN A CIVIL ACTION

To:
**Equal Employment Opportunity Commission**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Michael J O'Brien**
> **Becket Fund for Religious Liberty**
> **1919 Pennsylvania Ave NW Ste 400**
> **Washington, DC 20006**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __5/23/2024__        __/s/ – Daniel J. McCoy__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:24-CV-00691-JDC-TPL
## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Equal Employment Opportunity Commission** was received by me on *(date)* May 23, 2024.

- I personally served the summons on **Equal Employment Opportunity Commission** at *(place)* _____ _____ on *(date)* _____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):* Service was effected upon Equal Employment Opportunity Commission by mailing the Summons and Complaint by Certified Mail. Tracking No. 9589 0710 5270 1513 1181 28 to EEOC Headquarters, 131 M Street, NE, Washington, DC 20507. The documents were delivered on May 29, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 6/24/2024                             *Matthew Krauter*
                                            Server's signature

                                            Matthew Krauter, Paralegal
                                            Printed name and title

                                            1919 Pennsylvania Ave. NW, Suite 400
                                            Washington, DC 20006
                                            Server's address

Additional information regarding attemped service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Equal Employment Opportunity Commission
EEOC Headquarters    WFO
131 M Street, NE
Washington, D.C. 20507-0100

9590 9402 8744 3310 2798 77

2. Article Number (Transfer from service label)

9589 0710 5270 1513 1181 28

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Jean Sturgis
☐ Agent
☐ Addressee

B. Received by (Printed Name): Jean Sturgis
C. Date of Delivery: 5-29-24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

<u>UNITED STATES CONFERENCE OF CATHOLIC BISHOPS</u>, et al.
Plaintiff

v.

<u>CHARLOTTE BURROWS</u> , et al.
Defendant

)
)
)
)  Civil Action No. 2:24–CV–00691–JDC–TPL
)  Judge James D Cain, Jr
)
)

### SUMMONS IN A CIVIL ACTION

To:
**Charlotte Burrows**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Michael J O'Brien**
> **Becket Fund for Religious Liberty**
> **1919 Pennsylvania Ave NW Ste 400**
> **Washington, DC 20006**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __5/23/2024__

__/s/ – Daniel J. McCoy__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:24−CV−00691−JDC−TPL
## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Charlotte Burrows** was received by me on *(date)* May 23, 2024_____.

- I personally served the summons on **Charlotte Burrows** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify)*: Service was effected upon Charlotte Burrows by mailing the Summons and Complaint by Certified Mail. Tracking No. 9589 0710 5270 1513 1181 35 to EEOC Headquarters, 131 M Street, NE, Washington, DC 20507. The documents were delivered on May 29, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 6/24/2024

*Server's signature*

Matthew Krauter, Paralegal
*Printed name and title*

1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
*Server's address*

Additional information regarding attemped service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charlotte Burrows
EEOC Headquarters
131 M Street, NE
Washington, D.C. 20507-0100

9590 9402 8744 3310 2798 84

2. Article Number (Transfer from service label)

9589 0710 5270 1513 1181 35

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Jean Sturgis
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Jean Sturgis

C. Date of Delivery
5-29-24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt