**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> *Defendant*. | Case No. 2:24-cv-629 |
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*, <br><br> *Defendants*. | Case No. 2:24-cv-691 |

**[PROPOSED] ORDER CONSOLIDATING ACTIONS**

Consistent with this Court's oral ruling at the June 5, 2024 Motion Hearing and Status Conference, it is hereby ORDERED that the above-captioned cases (the "Cases") are consolidated for purposes of any discovery and pre-trial motion practice. The Court reserves judgment on whether, if applicable, the Cases are to be consolidated for trial. Notwithstanding consolidation, the Cases shall retain their separate identities.

Additionally, Defendants' deadline for responding to the Complaints in both Cases shall be July 29, 2024.

It is so ordered.

DATED: June __, 2024

_____
David C. Joseph
United States District Judge