**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>*Defendant.* | Case No. 2:24-cv-629 |
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*,<br><br>*Defendants*. | Case No. 2:24-cv-691 |

**[PROPOSED] ORDER GRANTING DEFENDANTS'**
**MOTION FOR EXTENSION**

It is hereby ORDERED that Defendants' deadline for responding to the Complaints in the above-captioned cases shall be August 30, 2024.

It is so ordered.

DATED: July __, 2024

_____
David C. Joseph
United States District Judge