# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>*Defendant.* | Case No. 2:24-cv-629 |
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*,<br><br>*Defendants.* | Case No. 2:24-cv-691 |

## DEFENDANTS' NOTICE OF FILING
## OF CERTIFIED ADMINISTRATIVE RECORD

Please take notice that Defendants are filing directly with the Clerk of Court an encrypted USB drive containing a certified copy of the Administrative Record in this case, together with the Index of the Administrative Record. The Certification of the Administrative Record and the Index are attached as exhibits hereto. The Administrative Record has not been filed electronically because its contents are over 138,000 pages in length. Pursuant to Defendants' Unopposed Motion For Leave to File Administrative Record Directly With Clerk of Court and Waiver of Hard Copy Requirement, *USCCB*

ECF No. 70; *Louisiana*, ECF No. 63, the USB drive containing the certified Administrative Record has been sent to the Clerk of Court at the Lake Charles Courthouse and to Judge Joseph's chambers by FedEx overnight mail. Defendants have also sent, via separate FedEx mailing, the password to access the USB drive. If Defendants' motion is denied, Defendants will file the Administrative Record on the *Louisiana* and *USCCB* dockets and provide the Court with a hard copy of the same. Defendants have provided a true and correct copy of the certified Administrative Record via electronic means to all parties in this action.

Dated: August 26, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

DANIEL SCHWEI
Special Counsel

*/s/ Alexandra Widas*
LAURA B. BAKST (D.C. Bar #1782054)
ALEXANDRA WIDAS (D.C. Bar #1645372)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 616-8472
Facsimile: (202) 616-8460
Email: alexandra.j.widas@usdoj.gov

*Counsel for Defendants*