UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, <br><br>*Plaintiffs*, <br><br>v. <br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br>*Defendant.* | Case No. 2:24-cv-629 |
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, *et al.*, <br><br>*Plaintiffs*, <br><br>v. <br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*, <br><br>*Defendants.* | Case No. 2:24-cv-691 |

**DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE,
<u>FOR SUMMARY JUDGMENT</u>**

The Equal Employment Opportunity Commission (EEOC) and Charlotte Burrows, Chair of the EEOC (jointly "Defendants"),[1] hereby move to dismiss or, in the alternative, for summary judgment. Because the Court lacks subject-matter jurisdiction over Plaintiffs' claims, this case should be dismissed under Rule 12(b)(1). In the alternative, the Court should enter judgment for Defendants under Rule 56. A proposed order is enclosed herein.

---

[1] Ms. Burrows is listed as an official capacity defendant only in *U.S. Conference of Catholic Bishops, et al. v. EEOC, et al.*, ("*USCCB*") No. 2:24-cv-691.

1

Dated: October 10, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

DANIEL SCHWEI
Special Counsel

<u>/s/ Laura B. Bakst</u>
LAURA B. BAKST (D.C. Bar #1782054)
ALEXANDRA WIDAS (D.C. Bar #1645372)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-3183
Facsimile: (202) 616-8460
Email: Laura.b.bakst@usdoj.gov

*Counsel for Defendants*