IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION <br><br> *Defendant*. | Case No. 2:24-cv-629-DCJ-TPL |
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS; THE SOCIETY OF THE ROMAN CATHOLIC CHURCH OF THE DIOCESE OF LAKE CHARLES; THE SOCIETY OF THE ROMAN CATHOLIC CHURCH OF THE DIOCESE OF LAFAYETTE; THE CATHOLIC UNIVERSITY OF AMERICA, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION <br><br> *Defendant*. | Case No. 2:24-cv-691-DCJ-TPL |

**UNOPPOSED MOTION OF SMALL BUSINESS MAJORITY, MAIN STREET ALLIANCE, AND AMERICAN SUSTAINABLE BUSINESS COUNCIL FOR LEAVE TO FILE BRIEF OF *AMICI* CURIAE**

Proposed *Amici* are the Small Business Majority, Main Street Alliance, and American Sustainable Business Council (collectively "Proposed *Amici*"). Proposed *Amici* respectfully move

1

for leave to file the attached *amicus* brief in opposition to the State Plaintiffs'[1] Motion for Summary Judgment, in opposition to the Bishop Plaintiffs'[2] Motion for Partial Summary Judgment and Permanent Injunction, and in Support of Defendant Equal Opportunity Commissions' Motion to Dismiss. Proposed *Amici* have contacted the parties for their positions and have been informed that the State Plaintiffs consent to this motion, the Bishop Plaintiffs do not oppose this motion, and Defendant consents to this motion. The proposed brief is attached to the memorandum in support as Exhibit A. An identical version of this *amicus* brief is being filed concurrently in both *Louisiana, et al. v. EEOC*, Case No 2:24-cv-00629 and *United States Conference of Catholic Bishops, et al. v. EEOC*, Case No. 2:24-cv-691-DCJ-TPL which have been consolidated for purposes of discovery and pre-trial motions practice. *See* No. 2:24-cv-629, ECF No. 49; 2:24-cv-00691, ECF No. 57.

For the reasons set forth in the accompanying memorandum, Proposed *Amici* seek leave to file their proposed brief.

Dated: November 19, 2024                    Respectfully submitted,

*/s/ William Most*
William Most (La. Bar No. 36914)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 509-5023
Email: williammost@gmail.com

Kaitlyn Golden*
Carrie Y. Flaxman*
DEMOCRACY FORWARD

---

[1] The State Plaintiffs are Louisiana and Mississippi.

[2] The Bishop Plaintiffs are U.S. Conference of Catholic Bishops, The Society of the Roman Catholic Church of the Diocese of Lake Charles, The Society of the Roman Catholic Church of the Diocese of Lafayette, and The Catholic University of America.

 FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
kgolden@democracyforward.org
cflaxman@democracyforward.org

*Admitted *Pro Hac Vice*

*Counsel for* Amici Curiae