IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION <br><br> *Defendant*. | Case No. 2:24-cv-629-DCJ-TPL |
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS; THE SOCIETY OF THE ROMAN CATHOLIC CHURCH OF THE DIOCESE OF LAKE CHARLES; THE SOCIETY OF THE ROMAN CATHOLIC CHURCH OF THE DIOCESE OF LAFAYETTE; THE CATHOLIC UNIVERSITY OF AMERICA, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION <br><br> *Defendant.* | Case No. 2:24-cv-691-DCJ-TPL |

**ORDER ON UNOPPOSED MOTION OF SMALL BUSINESS MAJORITY, MAIN STREET ALLIANCE, AND AMERICAN SUSTAINABLE BUSINESS COUNCIL FOR LEAVE TO FILE BRIEF OF AMICI CURIAE**

Considering the motion of Small Business Majority, Main Street Alliance, and American Sustainable Business Council (collectively "Proposed *Amici*"), and considering the representation that the State Plaintiffs consent to this motion, the Bishop Plaintiffs do not oppose this motion, and

1

Defendant consents to this motion., it is therefore ordered that the motion is GRANTED.

IT IS ORDERED the proposed *amicus* brief shall be filed into the record.

THUS DONE AND SIGNED in Chambers on this 20th day of November, 2024.

_____

**DAVID C. JOSEPH**
UNITED STATES DISTRICT JUDGE