UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, ET AL | CIVIL DOCKET NO. 2:24-cv-00629 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | MAGISTRATE JUDGE THOMAS P. LEBLANC |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, ET AL | CIVIL DOCKET NO. 2:24-cv-00691 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ET AL | MAGISTRATE JUDGE THOMAS P. LEBLANC |

MINUTES OF COURT
STATUS CONFERENCE

| | | | |
|---|---|---|---|
| Date: | Feb. 25, 2025 | Presiding: | Judge David C. Joseph |
| Court Opened: | 10:03 AM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 10:17 AM | | |
| Statistical Time: | 14 Minutes | Courtroom: | Zoom Video |

**APPEARANCES**

| | | |
|---|---|---|
| J. Benjamin Aguinaga | For | States of Louisiana, Mississippi |
| Olivia Grace Horton | For | Equal Employment Opportunity Commission |
| Daniel H. Blomberg  Jordan T. Varberg | For | United States Conference of Catholic Bishops |

**PROCEEDINGS**

The Court held a status conference to discuss the parties' pending motions. Prior to the conference, the Equal Employment Opportunity Commission and Andrea R. Lucas filed a Motion to Stay the February 25, 2025, Status Conference [Doc. 94; 2:24-cv-00629] and [Doc. 100; 2:24-cv-00691], which was DENIED.

After discussion, the Court entered certain Orders, which are filed under separate cover.