UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **THE STATE OF LOUISIANA, ET AL** | **CIVIL DOCKET NO. 2:24-cv-00629** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | **MAGISTRATE JUDGE THOMAS P. LEBLANC** |

*************************************************************************

| | |
|---|---|
| **UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, ET AL** | **CIVIL DOCKET NO. 2:24-cv-00691** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ET AL** | **MAGISTRATE JUDGE THOMAS P. LEBLANC** |

## ORDER

As discussed at the status conference held by the Court on February 25, 2025, the following Orders are hereby entered:

IT IS HEREBY ORDERED that, within twenty-one (21) days of today's date, the Equal Employment Opportunity Commission, through the Department of Justice, shall file any supplements, corrections, amendments, or modifications to the pending motions and/or responses in the above-captioned matters in light of the recent change in the presidential administration and the "Position of Acting Chair Lucas Regarding the Commission's Final Regulations Implementing the Pregnant Workers Fairness Act," submitted to the Court on February 24, 2025. [Doc. 94-1; 2:24-cv-00629]; [Doc. 100-1; 2:24-cv-00691].

IT IS FURTHER ORDERED that the Plaintiffs will have fourteen (14) days to respond to any supplemental filing(s) of the EEOC.

If no supplements, corrections, amendments, or modifications are filed by the EEOC within twenty-one (21) days, the Court will assume that the positions of the Department of Justice and EEOC with respect to all issues raised in the pending briefs remain the same, and the Court will proceed on that basis.

THUS, DONE AND SIGNED in Chambers on this 25th day of February 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE