# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> *Defendant.* | Case No. 2:24-cv-629 |
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*, <br><br> *Defendants.* | Case No. 2:24-cv-691 |

## <u>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL</u>

Undersigned counsel respectfully requests that the Court grant leave to withdraw the appearance of Alexandra Widas, as Ms. Widas will be departing the Department of Justice on March 12, 2025. Daniel Schwei and Laura B. Bakst will continue to represent Defendants.

Dated: March 11, 2025

Respectfully submitted,

*/s/ Alexandra Widas*
ALEXANDRA WIDAS (D.C. Bar #1645372)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

1

1100 L Street, NW
Washington, DC 20005
Tel: (202) 616-8472
Facsimile: (202) 616-8460
Email: alexandra.j.widas@usdoj.gov

*Counsel for Defendant*