# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> *Defendant*. | Case No. 2:24-cv-629 |
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*, <br><br> *Defendants*. | Case No. 2:24-cv-691 |

## ORDER

CONSIDERING the Motion for Leave to Withdraw as Counsel [105];

**IT IS ORDERED** that the motion is **GRANTED**, and, accordingly, Alexandra Widas is withdrawn as counsel of record for defendant, Equal Employment Opportunity Commission, in the above-captioned matters.

SO ORDERED at Lake Charles, Louisiana, this 17th day of March, 2025.

_____
THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE