**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> *Defendant*. | Case No. 2:24-cv-629 |
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*, <br><br> *Defendants*. | Case No. 2:24-cv-691 |

**DEFENDANTS' NOTICE IN RESPONSE TO MARCH 25, 2025 MINUTE ORDER**

Defendants United States Equal Employment Opportunity Commission ("EEOC" or "Commission") and Acting Chair Andrea R. Lucas (collectively "Defendants"), by and through undersigned counsel, respectfully provide the following response to the Court's March 25, 2025 minute order directing Defendants to "advis[e] the Court whether Defendants intend to file supplemental briefing as requested in this Court's February 25, 2025 Order." *La.*, Dkt. No. 103; *USCCB*, Dkt No. 107.

1. Pursuant to discussions at the February 25, 2025 status conference, this Court entered a same-day order, *see La.*, Dkt. No. 98, providing EEOC with an opportunity "to file any supplements,

1

corrections, amendments, or modifications to the pending motions and/or responses in the above-captioned matters in light of the recent change in the presidential administration and the 'Position of Acting Chair Lucas Regarding the Commission's Final Regulations Implementing the Pregnant Workers Fairness Act,' submitted to the Court on February 24, 2025." *Id.* at 1. As previously explained, the referenced Position Statement sets out Acting Chair Lucas's intent to have the Commission reconsider portions of the Final Rule, including those at issue in this case, once the EEOC regains the requisite quorum. *See La.*, Dkt. No. 94 ¶ 3.

2. The Court further provided in its February 25, 2025 Order that "[i]f no supplements, corrections, amendments, or modifications are filed by the EEOC within twenty-one (21) days, the Court will assume that the positions of the Department of Justice and EEOC with respect to all issues raised in the pending briefs remain the same, and the Court will proceed on that basis." *La.*, Dkt. No. 98 at 2.

3. Defendants respectfully write to notify the Court that, pursuant to the February 25, 2025 Order, and in light of the continued lack of quorum at the Commission, they have elected not to file any supplements, corrections, amendments, or modifications to the pending motions and/or responses in the above-captioned cases. Rather, Defendants intend to rest on their briefing to date. Defendants maintain their request that any ruling on the pending summary judgment motions be made without further argument. *See La.*, Dkt. No. 94 at ¶ 4.

Dated: March 26, 2025                Respectfully submitted,

                                                             YAAKOV M. ROTH
Acting Assistant Attorney General

DIANE KELLEHER
Branch Director

DANIEL SCHWEI
Special Counsel

*/s/ Laura B. Bakst*
LAURA B. BAKST (D.C. Bar No. 1782054)
Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-3183
Facsimile: (202) 616-8460
Email: Laura.b.bakst@usdoj.gov

*Counsel for Defendants*