UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> *Defendant*. | Case No. 2:24-cv-629 |
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*, <br><br> *Defendants*. | Case No. 2:24-cv-691 |

**ORDER**

CONSIDERING the Motion to Substitute Counsel [Doc. 110];

IT IS HEREBY ORDERED that the motion is GRANTED, and, accordingly, Laura B. Bakst is withdrawn, and Karima A. Ortolano is enrolled and substituted, as counsel for Defendants in the above-captioned cases.

SO ORDERED at Lake Charles, Louisiana, this 4th day of April, 2025.

_____
THOMAS P. LEBLANC
United States Magistrate Judge