# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> *Defendant.* | Case No. 2:24-cv-629 |
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*, <br><br> *Defendants.* | Case No. 2:24-cv-691 |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, undersigned counsel, Daniel Schwei, respectfully moves to withdraw his appearance as counsel for Defendants in the above-captioned matter. Mr. Schwei is withdrawing because his last day of employment with the Department of Justice is June 6, 2025. Defendants will continue to be represented in this matter by Yuri S. Fuchs, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, who has already entered his appearance in the above-captioned matters. A proposed order is attached.

Dated: June 5, 2025

        Respectfully submitted,

        YAAKOV M. ROTH
        Acting Assistant Attorney General

        DIANE KELLEHER
        Branch Director

        */s/ Daniel Schwei*
        DANIEL SCHWEI (N.Y. Bar #4901336)
        Special Counsel
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, NW
        Washington, DC 20005
        Tel: (202) 305-8693
        Facsimile: (202) 616-8460
        Email: daniel.s.schwei@usdoj.gov