**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 2:24-cv-629 |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| *Defendant.* | |
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 2:24-cv-691 |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*, | |
| *Defendants.* | |

**[PROPOSED] ORDER**

The Court hereby **GRANTS** the Motion to Withdraw as Counsel filed by Daniel Schwei in the above-captioned matters.  Mr. Schwei is hereby terminated as counsel for Defendants.

**SO ORDERED.**

Dated:  June __, 2025

_____
Hon. David C. Joseph
United States District Judge