UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION
HELD IN LAFAYETTE

| | |
|---|---|
| STATE OF LOUISIANA ET AL | CIVIL NO. 2:24-CV-00629 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | MAGISTRATE JUDGE LEBLANC |

*************************************************************************

| | |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, ET AL | CIVIL NO. 2:24-CV-00691 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ET AL | MAGISTRATE JUDGE LEBLANC |

## MINUTES OF COURT:
## STATUS CONFERENCE

| Date: | June 17, 2025 | Presiding: | Judge David C. Joseph |
|---|---|---|---|
| Court Opened: | 9:45 AM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 10:47 AM | | |
| Statistical Time: | 1:02 | Location: | Chambers |

### APPEARANCES

| | | |
|---|---|---|
| Daniel H. Blomberg<br>Andrea R. Butler | For | United States Conference of Catholic Bishops |
| Shannon Smitherman | For | Equal Employment Opportunity Commission |
| Benjamin Aguinaga<br>Zachary Faircloth<br>Caitlin Ann Huettemann | For | State of Louisiana |

### PROCEEDINGS

Pursuant to MEMORANDUM ORDER [Doc. 107] filed in 2:24-cv-00629 and [Doc. 113] filed in 2:24-cv-00691 the Court held an in-person Status Conference in chambers.

The parties discussed motion practice and the remaining issues to be addressed in the related cases.

Page 2
June 17, 2025

After discussion, the Court set briefing deadlines for the Bishops Plaintiffs to file a renewed motion for summary judgment pertaining to their remaining claims. Any motions are to be filed no later than August 22, 2025; any responses will be due on or before September 11, 2025; and any replies are due on or before September 25, 2025. Motions and responses shall not exceed thirty (30) pages, and replies shall not exceed ten (10) pages.

The deadline to appeal the Court's MEMORANDUM ORDER is July 21, 2025. If no appeal is filed, the States of Louisiana and Mississippi intend to file a MOTION TO DECONSOLIDATE and dismiss the remainder of their claims. The Government will not oppose the MOTION TO DECONSOLIDATE.