UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> *Defendant*. | Case No. 2:24-cv-629 |
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*, <br><br> *Defendants*. | Case No. 2:24-cv-691 |

## MOTION TO SUBSTITUTE COUNSEL

Defendants respectfully move to substitute counsel for Defendants in the above-captioned cases. Yuri S. Fuchs, trial attorney with the United States Department of Justice, is currently counsel of record for Defendants. Mr. Fuchs is departing the United States Department of Justice, Civil Division, Federal Programs Branch on July 11, 2025. Defendants move to withdraw Mr. Fuchs's appearance and to substitute Jacob S. Siler, trial attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, as counsel of record for Defendants. This substitution will not delay any proceedings.

Dated: July 9, 2025

        Respectfully submitted,

        BRETT A. SHUMATE
        Assistant Attorney General
        Civil Division

        DIANE KELLEHER
        Director
        Federal Programs Branch

        */s/ Jacob S. Siler*
        Jacob S. Siler
        Trial Attorney (DC Bar No. 1003383)
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, NW
        Washington, DC 20005
        Phone: 202-353-4556
        Fax: 202-616-8460
        Email: jacob.s.siler@usdoj.gov

        *Counsel for Defendants*