IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al., <br><br> *Defendants.* | No. 2:24-cv-691-DCJ-TPL <br><br> Judge David C. Joseph <br><br> Magistrate Judge Thomas P. LeBlanc |

**BISHOPS PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs the United States Conference of Catholic Bishops, the Society of the Roman Catholic Church of the Diocese of Lake Charles, the Society of the Roman Catholic Church of the Diocese of Lafayette, and The Catholic University of America hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Order (ECF No. 113) granting in part Plaintiffs' Motion for Partial Summary Judgment and Permanent Injunction and the Court's Rule 54(b) Partial Final Judgment (ECF No. 114), both entered in this action on May 21, 2025.

Respectfully submitted,

| | |
|---|---|
| Jonathan Berry <br>  (W.D. La. Temporary Bar No. 918121) <br> James R. Conde <br>  (W.D. La. Temporary Bar No. 918116) <br> Boyden Gray PLLC <br> 800 Connecticut Ave. NW, Suite 900 <br> Washington, DC 20006 <br> Phone: (202) 955-0620 <br> Fax: (202) 955-0621 <br> jberry@boydengray.com | /s/ Daniel H. Blomberg <br> Daniel H. Blomberg <br>  (W.D. La. Temporary Bar No. 918117) <br>  *Trial Attorney* <br> /s/ Michael J. O'Brien <br> Michael J. O'Brien <br>  (LA Bar No. 38852) <br> Laura Wolk Slavis <br>  (W.D. La. Temporary Bar No. 918118) <br> Andrea R. Butler <br>  (W.D. La. Temporary Bar No. 918119) <br> Jordan T. Varberg |

        (W.D. La. Temporary Bar No. 918120)
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
Phone: (202) 955-0095
Fax: (202) 955-0090
dblomberg@becketfund.org

*Counsel for Bishops Plaintiffs*

Dated: July 15, 2024

## CERTIFICATE OF COMPLIANCE

This notice of appeal complies with the requirements of Fed. R. App. P. 3 and 5th Cir. R. 3.

/s/ Daniel H. Blomberg
Daniel H. Blomberg
  (W.D. La. Temporary Bar No. 918117)
  *Trial Attorney*
/s/ Michael J. O'Brien
Michael J. O'Brien
  (LA Bar No. 38852)

Dated: July 15, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2025, the foregoing was served on counsel for all parties via the Court's CM/ECF system.

/s/ Daniel H. Blomberg
Daniel H. Blomberg
  (W.D. La. Temporary Bar No. 918117)
  *Trial Attorney*
/s/ Michael J. O'Brien
Michael J. O'Brien
  (LA Bar No. 38852)

Dated: July 15, 2025