# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 8, 2025
Lyle W. Cayce
Clerk

———————

No. 25-30398

———————

United States Conference of Catholic Bishops; Society of Roman Catholic Diocese of Lake Charles; Society of the Roman Catholic Church of the Diocese of Lafayette; Catholic University of America,

*Plaintiffs—Appellants*,

*versus*

Equal Employment Opportunity Commission; Andrea R. Lucas,

*Defendants—Appellees*.

———————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:24-CV-691

———————

### UNPUBLISHED ORDER

Before Jones, Richman, and Ramirez, *Circuit Judges*.[*]

Per Curiam:

    IT IS ORDERED that the motion for an injunction pending appeal is granted only as a limited administrative stay pertaining only to footnote 1

---

[*] Judge Ramirez would deny the administrative stay

Case 2:24-cv-00930-JPS Document 48-1 Filed 08/08/25 Page 2 of 3 PageID #: 9235
Case: 25-30398 Document: 113 Page: 2 Date Filed: 08/08/2025

No. 25-30398

of the district court's Order dated March 21, 2025, and the motion for injunction is forwarded to an oral argument panel at the next available calendar.

# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 08, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-30398   US Conf of Catholic Bishops v. EEOC
                 USDC No. 2:24-CV-691

Enclosed is the substituted order entered in this case. The previous order of August 7, 2025, has been withdrawn.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Christy M. Combel, Deputy Clerk
504-310-7651

Mr. Daniel Howard Blomberg
Ms. Andrea Butler
Mr. James Conde
Mr. Benjamin Fleshman
Mr. Daniel J. McCoy
Ms. Urja Mittal
Ms. Rachel N. Morrison
Mr. Michael Joseph O'Brien
Ms. Lea E. Patterson
Mr. Jacob S. Siler
Ms. Laura Elizabeth Wolk Slavis
Mr. Jack Starcher
Mr. Jordan Varberg