UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, ET AL** | **CIVIL DOCKET NO. 2:24-cv-00691** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ET AL** | **MAGISTRATE JUDGE THOMAS P. LEBLANC** |

## ORDER

Before the Court is BISHOPS PLAINTIFFS' MOTION FOR AN INJUNCTION PENDING APPEAL per Fed. R. App. P. 8 (the "Motion") [Doc. 125] filed by the United States Conference of Catholic Bishops ("USCCB"), the Society of the Roman Catholic Church of the Diocese of Lake Charles ("Diocese of Lake Charles"), the Society of the Roman Catholic Church of the Diocese of Lafayette ("Diocese of Lafayette"), and The Catholic University of America ("Catholic University") (collectively, the "Bishops"). The Motion is opposed by Defendants Equal Employment Opportunity Commission and Charlotte Burrows ("EEOC"). [Doc. 131].

On August 18, 2025, this Court stayed the Motion [Doc. 132] when the Bishops filed essentially the same motion in the Fifth Circuit and the Fifth Circuit entered an administrative stay pertaining to footnote 1 of the Court's May 21, 2025, Rule 54(b) Partial Final Judgment (the "Partial Judgment"). [Doc. 114]. On August 25, 2025, the Fifth Circuit denied without prejudice the Bishops' motion for a stay pending appeal and lifted its administrative stay. [Doc. 135]. In that Order, the Fifth Circuit

determined that this Court retains jurisdiction to consider the pending Motion pursuant to Fed. R. App. P. 8(a)(1).

Considering the foregoing,

IT IS HEREBY ORDERED that the stay of the BISHOPS PLAINTIFFS' MOTION FOR AN INJUNCTION PENDING APPEAL per Fed. R. App. P. 8(a)(1)(C) [Doc. 125] is LIFTED.

IT IS FURTHER ORDERED that the EEOC shall not, without leave of this Court, take any enforcement action, initiate any investigations, or issue any Notice of Right to Sue against the named Bishops on claims brought pursuant to the Pregnant Workers Fairness Act (42 U.S.C. § 2000gg et seq.), the Final Rule (29 C.F.R. § 1636.1 et seq.), or its implementing regulations or guidance (see, e.g., Implementation of Pregnant Workers Fairness Act, 89 Fed. Reg. 29,096 (Apr. 19, 2024)  until the instant Motion has been ruled upon.

IT IS FURTHER ORDERED that any reply the Bishops wish to file in response to the EEOC's opposition brief [Doc. 131] shall be filed on or before August 28, 2025.

IT IS FURTHER ORDERED that a hearing on the Motion is set before the undersigned on **September 3, 2025, at 9:00 a.m.** in Lafayette, Louisiana.

THUS, DONE AND SIGNED in Chambers on this 27th day of August 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE