**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, ET AL** | **CIVIL DOCKET No. 2:24-CV-00691** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ET AL** | **MAGISTRATE JUDGE THOMAS P. LEBLANC** |

**ORDER GRANTING DEFENDANTS'**
**MOTION FOR A STAY OF DEADLINE TO RESPOND TO PLAINTIFFS'**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**
**IN LIGHT OF LAPSE OF APPROPRIATIONS**

IT IS HEREBY ORDERED that Defendants' deadline for responding to the Bishops Plaintiffs' Renewed Motion for Partial Summary Judgment, ECF No. 133, is hereby stayed pending the lapse of Congressional appropriations. Defendants' deadline for responding to the motion is hereby extended by the total number of days of the lapse in appropriations.

IT IS HEREBY FURTHER ORDERED that Plaintiffs' reply brief in support of their motion is due within 14 days after the deadline for filing Defendants' response.

THUS, DONE AND SIGNED in Chambers on this 1st day of October 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE