## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*,<br><br>*Defendants*. | No. 2:24-cv-00691-DCJ-TPL<br>Judge David C. Joseph<br>Magistrate Judge Thomas P. Leblanc |

### MOTION TO WITHDRAW JONATHAN BERRY AS COUNSEL

Jonathan Berry will be leaving his employment with Boyden Gray PLLC and hereby respectfully moves to withdraw as counsel for Plaintiffs United States Conference of Catholic Bishops, Catholic University of America, Society of the Roman Catholic Church of the Diocese of Lafayette, and Society of the Roman Catholic Church of the Diocese of Lake Charles. Plaintiffs will continue to be represented by James R. Conde of Boyden Gray PLLC and Daniel H. Blomberg, Michael J. O'Brien, Laura Wolk Slavis, Andrea R. Butler, Jordan T. Varberg, and Benjamin A. Fleshman of the Becket Fund for Religious Liberty.

<table>
<tr><td>Dated: October 17, 2025</td><td>Respectfully submitted,</td></tr>
</table>

<table>
<tr><td>

/s/ Jonathan Berry
Jonathan Berry
  (W.D. La. Temporary Bar No. 918121)
Boyden Gray PLLC
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006
Phone: (202) 955-0620
Fax: (202) 955-0621
jberry@boydengray.com

</td><td>

/s/ Daniel H. Blomberg
Daniel H. Blomberg
  (W.D. La. Temporary Bar No. 918117)
  *Trial Attorney*
/s/ Michael J. O'Brien
Michael J. O'Brien
  (LA Bar No. 38852)
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
Phone: (202) 955-0095
Fax: (202) 955-0090
dblomberg@becketfund.org

*Counsel for Bishops Plaintiffs*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2025, the foregoing was served on counsel for all parties via the Court's CM/ECF system.

/s/ Daniel H. Blomberg
Daniel H. Blomberg
  (W.D. La. Temporary Bar No. 918117)
  *Trial Attorney*
/s/ Michael J. O'Brien
Michael J. O'Brien
  (LA Bar No. 38852)