IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*, <br><br> *Defendants*. | No. 2:24-cv-00691-DCJ-TPL <br> Judge David C. Joseph <br> Magistrate Judge Thomas P. Leblanc |

**[PROPOSED] ORDER**

The Court hereby **GRANTS** the Motion to Withdraw as Counsel filed by Jonathan Berry in the above-captioned matters. Mr. Berry is hereby terminated as counsel for Plaintiffs.

**SO ORDERED.**

Dated: October __, 2025

_____
Hon. David C. Joseph
United States District Judge