# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*, <br><br> *Defendants*. | No. 2:24-cv-00691-DCJ-TPL <br> Judge David C. Joseph <br> Magistrate Judge Thomas P. Leblanc |

## ORDER

CONSIDERING the Motion to Withdraw Jonathan Berry as Counsel [Doc. 147];

IT IS HEREBY ORDERED that the motion is GRANTED, and, accordingly, Jonathan Berry is withdrawn as counsel of record for Plaintiffs in the above-captioned matter.

SO ORDERED at Lake Charles, Louisiana, this 20th day of October, 2025.

_____
Hon. Thomas P. LeBlanc
United States Magistrate Judge