**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, ET AL** | **CIVIL DOCKET NO. 2:24-cv-00691** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ET AL** | **MAGISTRATE JUDGE THOMAS P. LEBLANC** |

**STAY ORDER**

This matter and the Plaintiffs' pending MOTION FOR PARTIAL SUMMARY JUDGMENT AND PERMANENT INJUNCTION OR, ALTERNATIVELY, PRELIMINARY INJUNCTION (the "Motion") [Doc. 133] arise out of Congress' 2022 enactment of the Pregnant Workers Fairness Act ("PWFA") and the EEOC's subsequent *Implementation of the Pregnant Workers Fairness Act*, 29 C.F.R. § 1636, *et seq.* Because the Fifth Circuit is currently considering *en banc* whether the PWFA was lawfully enacted by Congress in *Texas v. Bondi*, 164 F.4th 446 (5th Cir. 2026), the Court has heretofore refrained from ruling on the Motion and now enters a STAY of this matter pending resolution of that case.

IT IS ORDERED that the parties shall notify the Court within 5 days of the issuance of the Mandate by the Fifth Circuit in *Texas v. Bondi* so that the stay may be lifted and this matter may proceed without unnecessary delay.

IT IS FURTHER ORDERED that the Court will schedule a status conference to determine the necessity of any additional briefing at that time.

THUS, DONE AND SIGNED in Chambers on this 20th day of April 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE